### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Case No. CR-21-00152-JD |
| ) | |
| ALLEN LEE HAILE,  ) | |
| ) | |
| Defendant.  ) | |

### **ORDER**

Defendant Allen Lee Haile has submitted several letters to the Court. [*See, e.g.*, Doc. Nos. 34, 38, 40, 48]. As the Court advised Mr. Haile at a hearing in this matter on September 27, 2021, the Court does not act on correspondence. *See* Minute Sheet [Doc. No. 41]. Requests for court action must be in the form of a motion. *See* Fed. R. Crim. P. 47(a)–(b); LCrR12.1(d).

Additionally, because Defendant is represented by counsel in this case, *see* Entry of Appearance by Robert L. Wyatt, IV [Doc. No. 29] and Entry of Appearance by James W. Todd [Doc. No. 39], all requests for relief should be made by counsel. *See United States v. Sandoval-De Lao*, 283 F. App'x 621, 625 (10th Cir. 2008) (unpublished) ("[W]hen defendants have the assistance of counsel, courts need not consider any filings made *pro se*." (citing *United States v. Bennett,* 539 F.2d 45, 49 (10th Cir. 1976)); *United States v. McKinley*, 58 F.3d 1475, 1480 (10th Cir. 1995) ("[T]here is no constitutional right to a hybrid form of representation . . . .").

Defendant's counsel is directed to send a copy of this Order to Defendant Allen Lee Haile.

IT IS SO ORDERED this 19th day of October 2021.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE